ORIGINAL

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| NIR RODRIGUEZ,<br><br>  Plaintiff,<br><br>  v.<br><br>TWIN BEAUTY LLC d/b/a KOOL KRAFTS LLC, and JOSHUA FARKAS,<br><br>  Defendants. | Civil Action No.:<br><br>**COMPLAINT** |

LEVY, M.J.

CV 26-01189

Plaintiff, NIR RODRIGUEZ ("Plaintiff"), acting on his own behalf and appearing pro se, by way of Complaint against defendants TWIN BEAUTY LLC d/b/a KOOL KRAFTS LLC, a New York limited liability company, and JOSHUA FARKAS (collectively, "Defendants"), alleges as follows:

**NATURE OF THE ACTION**

1. This is an action for copyright infringement under 17 U.S.C. § 501 et seq., fraud on the Copyright Office, and defamation under New York common law. Plaintiff also seeks to pierce the corporate veil to hold Defendant Joshua Farkas personally liable for the acts of Twin Beauty LLC.

**THE PARTIES**

2. Plaintiff Nir Rodriguez is an individual residing in Spain and appearing pro se. Plaintiff designates 2719 Hollywood Blvd, Hollywood, FL 33020, USA, as the address for service of all pleadings, notices, and correspondence pursuant to Federal Rule of Civil Procedure 5.
3. Defendant Twin Beauty LLC d/b/a Kool Krafts LLC ("Twin Beauty") is a New York limited liability company with a principal place of business located at 5308 13th Avenue, Ste 329, Brooklyn, New York 11219.
4. Defendant Joshua Farkas ("Farkas") is an individual believed to reside at 5308 13th Avenue, Ste 329, Brooklyn, New York 11219. Upon information and belief, Farkas is the sole member and manager of Twin Beauty.

REC'D IN PRO SE OFFICE
MAR 2 '26 PM 12:53

**JURISDICTION AND VENUE**

5. This Court has subject matter jurisdiction over the federal copyright claims pursuant to 17 U.S.C. § 101 et seq., 28 U.S.C. § 1331 (federal question jurisdiction), and 28 U.S.C. § 1338(a) (jurisdiction over copyright matters).

6. This Court has supplemental jurisdiction over the state law claims pursuant to 28 U.S.C. § 1367(a), as they arise from the same nucleus of operative facts as the federal claims.

7. Venue is proper in this District pursuant to 28 U.S.C. § 1391(b) and § 1400(a), as a substantial part of the events occurred here, and Defendants reside or may be found in this District.


**GENERAL ALLEGATIONS**

8. In early 2020, Plaintiff entered into a written agreement with a well-known origami artist (the "Artist"), who created original origami designs as early as 2014 (the "Pre-Existing Designs").

9. Through a written assignment agreement (the "Assignment Agreement"), the Artist transferred all exclusive copyright rights in the Pre-Existing Designs to Plaintiff.

10. Plaintiff incorporated the Pre-Existing Designs into an original compilation book (the "Book"), including additional designs, instructions, photographs, and content created by Plaintiff.

11. Plaintiff owns the exclusive rights in the Pre-Existing Designs and the Book (collectively, the "Copyrighted Works").

12. Plaintiff registered the Book with the U.S. Copyright Office under Registration Number TX0009323794, providing full protection for text, artwork, designs, and instructions. A copy of the certificate is attached as Exhibit A.

13. Corporate Defendant Twin Beauty LLC Has  sold infringing origami books on Amazon.com since 2019 under ASINs B089G63K7T, B07YGRCXV, and B0B3YBZMH4 (the "Listings"), generating approximately $1,000,000 in annual profits.

14. In the related action Twin Beauty LLC v. NR Interactive LLC, Case No. 1:24-cv-07412 (E.D.N.Y.), Defendants admitted losses of $450,000 over four months due to delistings, with holiday months accounting for 50% of annual profits.

15. Plaintiff submitted DMCA takedown notices to Amazon in good faith, leading to delistings of the Listings.

16. In response, Farkas personally submitted counter-notifications under penalty of perjury, falsely claiming no infringement. A representative copy is attached as Exhibit B.

17. These counter-notifications contained misrepresentations about ownership, creation dates, and originality, violating 17 U.S.C. § 512(f).

18. At the time, Defendants lacked a valid copyright registration. They later obtained Registration Number VA0002426154 on December 20, 2024, limited to 2-D artwork and excluding technical drawings. A copy is attached as Exhibit C.

19. This limited registration contrasts with Plaintiff's full registration, highlighting the invalidity of Defendants' claims.

2

20. Farkas dominates Twin Beauty, disregarding corporate formalities by personally contacting Plaintiff via email and phone, bypassing counsel, to discuss settlements and rights. Copies of communications are attached as Exhibit D.

21. Farkas's personal involvement in counter-notifications and infringement justifies piercing the corporate veil to hold him jointly and severally liable.

22. Pre-litigation emails (Exhibit D) show Defendants' notice and bad faith. Before the related action, Twin Beauty LLC v. NR Interactive LLC et al., No. 1:24-cv-07412 (E.D.N.Y.), defense counsel Michael Steimez (Oct. 9, 2024) identified by name the freelance Artist whose work underlies Plaintiff's materials, information Plaintiff had never disclosed. Later, attorney Shmuel Kadosh (communicating outside the litigation) acknowledged "certain similarities" and offered $10,000 for Plaintiff to "not sue" and provide a full assignment of rights. Plaintiff offers the last two Kadosh emails under Fed. R. Evid. 408(b) to show notice, knowledge, intent, and bad faith, not liability or damages.

**COUNT ONE: COPYRIGHT INFRINGEMENT (17 U.S.C. § 501)**

23. Plaintiff repeats and incorporates paragraphs 1 through 22 as if fully set forth herein.

24. Defendants had access to the Copyrighted Works, as admitted by their counsel.

25. Defendants' products are substantially similar to the Copyrighted Works, as acknowledged by their counsel.

26. Defendants willfully copied and distributed the Copyrighted Works without authorization through the Listings.

27. Defendants' attempts to purchase rights from Plaintiff further evidence their knowledge of infringement.

28. As a result, Plaintiff has suffered damages, including lost profits, in an amount not less than $450,000.

**COUNT TWO: DMCA MISREPRESENTATION (17 U.S.C. § 512(f)) AND INACCURATE COPYRIGHT REGISTRATION (17 U.S.C. § 411(b))**

29. Plaintiff repeats and incorporates paragraphs 1 through 28 as if fully set forth herein.

30. Defendants obtained Registration VA0002426154 by knowingly including inaccurate information and omitting that their work derived from Plaintiff's Pre-Existing Designs, seeking a limited certificate as a legal shield.

31. Farkas personally submitted false counter-notifications to Amazon, claiming no infringement despite knowing otherwise, as evidenced by counsel's admissions and communications.

32. Defendants swore no infringement while simultaneously offering to buy rights from Plaintiff, demonstrating knowledge of infringement and bad faith.

33. These acts violated 17 U.S.C. § 512(f). Plaintiff also seeks a determination under 17 U.S.C. § 411(b) that Defendants knowingly included inaccurate information in Registration VA0002426154 that, if known, would have caused the Register of Copyrights to refuse registration. Plaintiff has been harmed through continued infringement and enforcement costs.

**COUNT THREE: DEFAMATION UNDER NEW YORK COMMON LAW**

34. Plaintiff repeats and incorporates paragraphs 1 through 33 as if fully set forth herein.

35. Defendants' false statements in counter-notifications and related communications, including claims of erroneous takedowns and non-infringement, defamed Plaintiff by implying bad faith or invalid rights.

36. These statements were published to Amazon and others, harming Plaintiff's reputation in the origami and publishing communities.

37. Defendants acted with malice, knowing the statements were false.

38. As a result, Plaintiff suffered reputational and economic damages.

**COUNT FOUR: PIERCING THE CORPORATE VEIL (ALTER EGO LIABILITY)**

39. Plaintiff repeats and incorporates paragraphs 1 through 38 as if fully set forth herein.

40. Twin Beauty is Farkas's alter ego, as he exercises complete control, disregards formalities (e.g., personal communications bypassing counsel), and uses the entity for personal wrongful acts.

41. This justifies holding Farkas personally liable for all claims against Twin Beauty.

**PRAYER FOR RELIEF**

42. A permanent injunction enjoining Defendants from infringing the Copyrighted Works, including removing the Listings from Amazon and all platforms;
43. A declaration that Defendants' Registration VA0002426154 is invalid or unenforceable as to the works at issue;
44. Actual damages, for Plaintiff's continuous lost profits, in an amount to be determined but no less than $450,000;
45. Costs pursuant to 17 U.S.C. § 505, and post-judgment interest pursuant to 28 U.S.C. § 1961;
46. Such other relief as the Court deems just and equitable.

Dated: February 19, 2026

March 2, 2026

Nir Rodriguez
2719 Hollywood Blvd.
Hollywood, FL 33020
nir@interworldcorporation.com

*Pro se Plaintiff*

5

Revised 12.10.2025; Effective 12.10.2025

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. *(SEE INSTRUCTIONS ON NEXT PAGE OF THIS FORM.)*

## I. (a) PLAINTIFFS
Nir Rodriguez

**DEFENDANTS**
Twin Beauty LLC and Joshua Farkas

**(b)** County of Residence of First Listed Plaintiff    Spain
*(EXCEPT IN U.S. PLAINTIFF CASES)*

County of Residence of First Listed Defendant
*(IN U.S. PLAINTIFF CASES ONLY)*
NOTE:    IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED.

**(c)** Attorneys *(Firm Name, Address, and Telephone Number)*
Nir Rodriguez appearing pro se, 2719 hollywood blvd, hollywood, FL, 33020
+1 305-515-5514

Attorneys *(If Known)*

## II. BASIS OF JURISDICTION *(Place an "X" in One Box Only)*

- [ ] 1  U.S. Government Plaintiff
- [X] 3  Federal Question *(U.S. Government Not a Party)*
- [ ] 2  U.S. Government Defendant
- [ ] 4  Diversity *(Indicate Citizenship of Parties in Item III)*

## III. CITIZENSHIP OF PRINCIPAL PARTIES *(Place an "X" in One Box for Plaintiff and One Box for Defendant)*
*(For Diversity Cases Only)*

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | [ ] 1 | [ ] 1 | Incorporated *or* Principal Place of Business In This State | [ ] 4 | [ ] 4 |
| Citizen of Another State | [ ] 2 | [ ] 2 | Incorporated *and* Principal Place of Business In Another State | [ ] 5 | [ ] 5 |
| Citizen or Subject of a Foreign Country | [ ] 3 | [ ] 3 | Foreign Nation | [ ] 6 | [ ] 6 |

## IV. NATURE OF SUIT *(Place an "X" in One Box Only)*

Click here for: Nature of Suit Code Descriptions.

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| [ ] 110 Insurance<br>[ ] 120 Marine<br>[ ] 130 Miller Act<br>[ ] 140 Negotiable Instrument<br>[ ] 150 Recovery of Overpayment & Enforcement of Judgment<br>[ ] 151 Medicare Act<br>[ ] 152 Recovery of Defaulted Student Loans (Excludes Veterans)<br>[ ] 153 Recovery of Overpayment of Veteran's Benefits<br>[ ] 160 Stockholders' Suits<br>[ ] 190 Other Contract<br>[ ] 195 Contract Product Liability<br>[ ] 196 Franchise | **PERSONAL INJURY**<br>[ ] 310 Airplane<br>[ ] 315 Airplane Product Liability<br>[ ] 320 Assault, Libel & Slander<br>[ ] 330 Federal Employers' Liability<br>[ ] 340 Marine<br>[ ] 345 Marine Product Liability<br>[ ] 350 Motor Vehicle<br>[ ] 355 Motor Vehicle Product Liability<br>[ ] 360 Other Personal Injury<br>[ ] 362 Personal Injury - Medical Malpractice | **PERSONAL INJURY**<br>[ ] 365 Personal Injury - Product Liability<br>[ ] 367 Health Care/ Pharmaceutical Personal Injury Product Liability<br>[ ] 368 Asbestos Personal Injury Product Liability<br>**PERSONAL PROPERTY**<br>[ ] 370 Other Fraud<br>[ ] 371 Truth in Lending<br>[ ] 380 Other Personal Property Damage<br>[ ] 385 Property Damage Product Liability | [ ] 625 Drug Related Seizure of Property 21 USC 881<br>[ ] 690 Other | [ ] 422 Appeal 28 USC 158<br>[ ] 423 Withdrawal 28 USC 157<br>**INTELLECTUAL PROPERTY RIGHTS**<br>[X] 820 Copyrights<br>[ ] 830 Patent<br>[ ] 835 Patent - Abbreviated New Drug Application<br>[ ] 840 Trademark<br>[ ] 880 Defend Trade Secrets Act of 2016 | [ ] 375 False Claims Act<br>[ ] 376 Qui Tam (31 USC 3729(a))<br>[ ] 400 State Reapportionment<br>[ ] 410 Antitrust<br>[ ] 430 Banks and Banking<br>[ ] 450 Commerce<br>[ ] 460 Deportation<br>[ ] 470 Racketeer Influenced and Corrupt Organizations<br>[ ] 480 Consumer Credit (15 USC 1681 or 1692)<br>[ ] 485 Telephone Consumer Protection Act<br>[ ] 490 Cable/Sat TV<br>[ ] 850 Securities/Commodities/ Exchange |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | **LABOR** | **SOCIAL SECURITY** | [ ] 890 Other Statutory Actions |
| [ ] 210 Land Condemnation<br>[ ] 220 Foreclosure<br>[ ] 230 Rent Lease & Ejectment<br>[ ] 240 Torts to Land<br>[ ] 245 Tort Product Liability<br>[ ] 290 All Other Real Property | [ ] 440 Other Civil Rights<br>[ ] 441 Voting<br>[ ] 442 Employment<br>[ ] 443 Housing/ Accommodations<br>[ ] 445 Amer. w/Disabilities - Employment<br>[ ] 446 Amer. w/Disabilities - Other<br>[ ] 448 Education | **Habeas Corpus:**<br>[ ] 463 Alien Detainee *<br>[ ] 510 Motions to Vacate Sentence<br>[ ] 530 General<br>[ ] 535 Death Penalty<br>**Other:**<br>[ ] 540 Mandamus & Other<br>[ ] 550 Civil Rights<br>[ ] 555 Prison Condition<br>[ ] 560 Civil Detainee - Conditions of Confinement | [ ] 710 Fair Labor Standards Act<br>[ ] 720 Labor/Management Relations<br>[ ] 740 Railway Labor Act<br>[ ] 751 Family and Medical Leave Act<br>[ ] 790 Other Labor Litigation<br>[ ] 791 Employee Retirement Income Security Act | [ ] 861 HIA (1395ff)<br>[ ] 862 Black Lung (923)<br>[ ] 863 DIWC/DIWW (405(g))<br>[ ] 864 SSID Title XVI<br>[ ] 865 RSI (405(g))<br>**FEDERAL TAX SUITS**<br>[ ] 870 Taxes (U.S. Plaintiff or Defendant)<br>[ ] 871 IRS—Third Party 26 USC 7609 | [ ] 891 Agricultural Acts<br>[ ] 893 Environmental Matters<br>[ ] 895 Freedom of Information Act<br>[ ] 896 Arbitration<br>[ ] 899 Administrative Procedure Act/Review or Appeal of Agency Decision<br>[ ] 950 Constitutionality of State Statutes<br><br>**IMMIGRATION**<br>[ ] 462 Naturalization Application<br>[ ] 465 Other Immigration Actions |

## V. ORIGIN *(Place an "X" in One Box Only)*

- [X] 1 Original Proceeding
- [ ] 2 Removed from State Court
- [ ] 3 Remanded from Appellate Court
- [ ] 4 Reinstated or Reopened
- [ ] 5 Transferred from Another District *(specify)*
- [ ] 6 Multidistrict Litigation - Transfer
- [ ] 8 Multidistrict Litigation - Direct File

## VI. CAUSE OF ACTION
Cite the U.S. Civil Statute under which you are filing *(Do not cite jurisdictional statutes unless diversity)*:
17 U.S.C. § 501 et seq.

Brief description of cause:
Copyright infringement; fraud on the Copyright Office; defamation (New York common law); piercing the corporate veil.

## VII. REQUESTED IN COMPLAINT:
- [ ] CHECK IF THIS IS A **CLASS ACTION** UNDER RULE 23, F.R.Cv.P.

**DEMAND $**
$450,000

CHECK YES only if demanded in complaint:
**JURY DEMAND:** [X] Yes   [ ] No

## VIII. RELATED CASE(S) IF ANY
*(See instructions):*

JUDGE    Raymond J Dearie

DOCKET NUMBER    1:24-cv-07412; 2d Cir. No. 25-3256.

**FOR OFFICE USE ONLY**

RECEIPT # _____    AMOUNT _____    APPLYING IFP _____    JUDGE _____    MAG. JUDGE _____

\* Please respond to Part F on Page 2

**PAGE ONE OF TWO - PLEASE CONTINUE TO PAGE TWO**

## PART A - CERTIFICATION OF ARBITRATION ELIGIBILITY

Local Arbitration Rule 83.7 provides that with certain exceptions, actions seeking money damages only in an amount not in excess of $150,000, exclusive of interest and costs, are eligible for compulsory arbitration. The amount of damages is presumed to be below the threshold amount unless a certification to the contrary is filed.

Case is Eligible for Arbitration    No

I, Nir Rodriguez _____, counsel for Plaintiff Pro Se _____, do hereby certify that the above captioned civil action is ineligible for compulsory arbitration for the following reason(s):

☑ monetary damages sought are in excess of $150,000.00 exclusive of interest and costs,

☑ the complaint seeks injunctive relief, or

☐ the matter is otherwise ineligible for the following reason:

## PART B - DISCLOSURE STATEMENT - FEDERAL RULES of CIVIL PROCEDURE 7.1

Identify any parent corporation and any publicly held corporation that owns 10% or more or its stocks. Add an additional page if needed.

Plaintiff is an individual (N/A). No parent corporation. No publicly held corporation owns 10% or more (none known).

## PART C - RELATED CASE STATEMENT (Section VIII on the Front of this Form)

Please list all cases that are arguably related pursuant to Division of Business Rule 3 in Section VIII on the front of this form. Rule 3(a) provides that "A civil case is "related" to another civil case for purposes of this guideline when, because of the similarity of facts and legal issues or because the cases arise from the same transactions or events, a substantial saving of judicial resources is likely to result from assigning both cases to the same judge and magistrate judge." Rule 3(a) provides that "A civil case shall not be deemed "related" to another civil case merely because the civil case involves identical legal issues, or the same parties." Rule 3 further provides that "Presumptively, and subject to the power of a judge to determine otherwise pursuant to paragraph (b), civil cases shall not be deemed to be "related" unless both cases are still pending before the court."

YES — Related to EDNY Case No. 1:24-cv-07412 (Twin Beauty LLC v. Nir Rodriguez), Judge Raymond J. Dearie; Magistrate Judge Robert M. Levy. Pending appeal in the Second Circuit, Docket No. 25-3256.

## PART D - NEW YORK EASTERN DISTRICT DIVISION OF BUSINESS RULE 1(d)(3)

*If you answer "Yes" to any of the questions below, this case will be designated as a Central Islip case and you **must select Office Code 2**.*

1.  Is the action being removed from a state court that is located in Nassau or Suffolk County? No

2.  In actions not involving real property, is the action being brought against United States, its officers or its employees AND the majority of the plaintiffs reside in Nassau or Suffolk County? No

3.  If you answered "No" to all parts of Questions 1 and 2:

    a.  Did a substantial part of the events or omissions giving rise to claim or claims occur in Nassau or Suffolk County? No

    b.  Do the majority of defendants reside in Nassau or Suffolk County? No

    c.  Is a substantial amount of any property at issue located in Nassau or Suffolk County? No

4.  If this is a Fair Debt Collection PracticeAct case, was the offending communication received in either Nassau or Suffolk County? No
    (*Note, a natural person is considered to reside in the county in which that person is domiciled; an entity is considered a resident of the county that is either its principal place of business or headquarters, of if there is no such county in the Eastern District, the county within the District with which it has the most significant contacts*).

## PART E - BAR ADMISSION

**1.** I am currently admitted in the Eastern District of New York and currently a member in good standing of the bar of this court. No

If you answered No to E(1), please see instructions and Local Civ. R. 1.3.

2. Are you currently the subject of any disciplinary action (s) in this or any other state or federal court? No          If yes, please explain:

## PART F - IMMIGRATION HABEAS

1. Is this petition based on an immigration detention? No

2. Does this case require immediate attention of a judge? No

| **Check Form to Validate Before Signing** |
| --- |

I certify the accuracy of all information provided above.

Signature: Nir Rodriguez _____

If you answered Yes in Part F, and are filing this action after business hours, please see instructions here: https://www.nyed.uscourts.gov/emergency-applications-filed-after-business-hours.

Date: 02/19/2026 _____

Revised 12.10.2025; Effective 12.10.2025          PAGE TWO OF TWO

JS 44 Reverse (Rev. 12.10.2025)

## INSTRUCTIONS FOR ATTORNEYS COMPLETING CIVIL COVER SHEET FORM JS 44

### Authority For Civil Cover Sheet

The JS 44 civil cover sheet and the information contained herein neither replaces nor supplements the filings and service of pleading or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. Consequently, a civil cover sheet is submitted to the Clerk of Court for each civil complaint filed. The attorney filing a case should complete the form as follows:

**Page One Instructions**

I.(a)  **Plaintiffs-Defendants.** Enter names (last, first, middle initial) of plaintiff and defendant. If the plaintiff or defendant is a government agency, use only the full name or standard abbreviations. If the plaintiff or defendant is an official within a government agency, identify first the agency and then the official, giving both name and title.

  (b)  **County of Residence.** For each civil case filed, except U.S. plaintiff cases, enter the name of the county where the first listed plaintiff resides at the time of filing. In U.S. plaintiff cases, enter the name of the county in which the first listed defendant resides at the time of filing. (NOTE: In land condemnation cases, the county of residence of the "defendant" is the location of the tract of land involved.)

  (c)  **Attorneys.** Enter the firm name, address, telephone number, and attorney of record. If there are several attorneys, list them on an attachment, noting in this section "(see attachment)".

II.  **Jurisdiction.** The basis of jurisdiction is set forth under Rule 8(a), F.R.Cv.P., which requires that jurisdictions be shown in pleadings. Place an "X" in one of the boxes. If there is more than one basis of jurisdiction, precedence is given in the order shown below.
United States plaintiff. (1) Jurisdiction based on 28 U.S.C. 1345 and 1348. Suits by agencies and officers of the United States are included here.
United States defendant. (2) When the plaintiff is suing the United States, its officers or agencies, place an "X" in this box.
Federal question. (3) This refers to suits under 28 U.S.C. 1331, where jurisdiction arises under the Constitution of the United States, an amendment to the Constitution, an act of Congress or a treaty of the United States. In cases where the U.S. is a party, the U.S. plaintiff or defendant code takes precedence, and box 1 or 2 should be marked.
Diversity of citizenship. (4) This refers to suits under 28 U.S.C. 1332, where parties are citizens of different states. When Box 4 is checked, the citizenship of the different parties must be checked. (See Section III below; **NOTE: federal question actions take precedence over diversity cases.**)

III.  **Residence (citizenship) of Principal Parties.** This section of the JS 44 is to be completed if diversity of citizenship was indicated above. Mark this section for each principal party.

IV.  **Nature of Suit.** Place an "X" in the appropriate box. If there are multiple nature of suit codes associated with the case, pick the nature of suit code that is most applicable. Click here for: Nature of Suit Code Descriptions.

V.  **Origin.** Place an "X" in one of the seven boxes.
Original Proceedings. (1) Cases which originate in the United States district courts.
Removed from State Court. (2) Proceedings initiated in state courts may be removed to the district courts under Title 28 U.S.C., Section 1441.
Remanded from Appellate Court. (3) Check this box for cases remanded to the district court for further action. Use the date of remand as the filing date.
Reinstated or Reopened. (4) Check this box for cases reinstated or reopened in the district court. Use the reopening date as the filing date.
Transferred from Another District. (5) For cases transferred under Title 28 U.S.C. Section 1404(a). Do not use this for within district transfers or multidistrict litigation transfers.
Multidistrict Litigation – Transfer. (6) Check this box when a multidistrict case is transferred into the district under authority of Title 28 U.S.C. Section 1407.
Multidistrict Litigation – Direct File. (8) Check this box when a multidistrict case is filed in the same district as the Master MDL docket.
**PLEASE NOTE THAT THERE IS NOT AN ORIGIN CODE 7.** Origin Code 7 was used for historical records and is no longer relevant due to changes in statute.

VI.  **Cause of Action.** Report the civil statute directly related to the cause of action and give a brief description of the cause. **Do not cite jurisdictional statutes unless diversity.** Example: U.S. Civil Statute: 47 USC 553 Brief Description: Unauthorized reception of cable service.

VII.  **Requested in Complaint.** Class Action. Place an "X" in this box if you are filing a class action under Rule 23, F.R.Cv.P.
Demand. In this space enter the actual dollar amount being demanded or indicate other demand, such as a preliminary injunction.
Jury Demand. Check the appropriate box to indicate whether or not a jury is being demanded.

VIII.  **Related Cases.** This section of the JS 44 is used to reference related cases, if any. If there are related cases, insert the docket numbers and the corresponding judge names for such cases.

**Page Two Instructions**
A.      Certification of Arbitration Eligibility: Indicate whether the case is eligible for arbitration under Local Civil Rule 83.7. If you answer No, please check at least one of the reasons that the case is not eligible.
B.      Disclosure Statement - Federal Rules of Civil Procedure 7.1: If additional space is needed, please add the parties on an additional page.
C.      Related Case Statement: If additional space is needed, please add the parties on an additional page.
D.      Division of Business Rule 1(d)(3): Your answers in this section will determine whether your case will be designated as a Central Islip or Brooklyn case. Failure to complete this section may result in a delay assigning your case to a judge. Anwer all four (4) questions in this part, including 3(a), 3(b), and 3(c).
E.      Bar Admission: Answer both questions.
F.      Immigration Habeas: Answer both questions.
**Click "Check Form to Validate Before Signing." If any required fields have not been completed, please do so before signing.**

**Date and Attorney Signature.** Date and sign the civil cover sheet.

# EXHIBIT A

Registration Number
## TX 9-323-794
**Effective Date of Registration:**
September 25, 2023
**Registration Decision Date:**
October 26, 2023

## Title

**Title of Work:** Origami Book For Kids: Transform Paper Into Art & Enhance Your Child´s Focus, Concentration, Motor Skills with our Activity Book For Kids

## Completion/Publication

**Year of Completion:** 2014
**Date of 1st Publication:** March 25, 2023
**Nation of 1st Publication:** United States
**International Standard Number:** ISBN 979-8987664858

## Author

- **Author:** NrInteractive LLC
**Author Created:** text, artwork
**Work made for hire:** Yes
**Citizen of:** United States
**Domiciled in:** United States

## Copyright Claimant

**Copyright Claimant:** NrInteractive LLC
2719 hollywood blvd, hollywood, FL, 33020, United States

## Certification

**Name:** Nir Rodriguez
**Date:** September 25, 2023

Page 1 of 1

# EXHIBIT B

**counter-notice@amazon.com** @ <counter-notice@amazon.com>
to me ▾

Tue, 17 Dec 2024, 21:17

Hello,

We have received a counter notice to your report(s) of posting, hosting and/or distributing unlicensed copyright protected material on our network.

Complaint ID: 18696901451

ASINS: B089G63X7T

Counter Noticing Party Contact Info and statement provided:
Full Legal Name:
Joshua Farkas

Email Address:
joshwofarny@gmail.com

Mailing Address:
5308 13ave Apt 329 Brooklyn NY 11219

Phone Number:
7182592212

✔ (I) I am located in the United States and I consent to the jurisdiction of the Federal District Court for the judicial district in which my address is located (OR) I am located outside of the United States and I consent to the jurisdiction of any judicial district in which Amazon may be found.

✔ (II) I agree to accept service of process from the person who provided notification under subsection (c)(1)(C) or an agent of such person.

✔ (III) I have a good faith belief that the material identified in the Notice of Infringement was removed or disabled as a result of mistake or misidentification of the material to be removed or disabled

✔ (IV) I declare under penalty of perjury under the laws of the United States of America that this Counter-Notification and all statements therein are true and correct.

✔ (V) I ACKNOWLEDGE THAT PROVIDING FALSE STATEMENTS IN A COUNTER-NOTICE MAY LEAD TO CIVIL PENALTIES OR CRIMINAL PROSECUTION

Enter your full name as a means of a digital signature

Please note that by entering your full name you are providing us with your digital signature which is legally binding
Joshua Farkas

We will allow this material to be accessible, unless you provide us with notice that a lawsuit has been filed against the counter-noticing party within 10 business days. Please ensure a copy is sent to jp-info-request@amazon.com to help ensure efficient processing.

Regards,

Copyright/Trademark Agent
Amazon.com

# EXHIBIT C

Registration Number

**VA 2-426-154**

**Effective Date of Registration:**
November 27, 2024
**Registration Decision Date:**
December 20, 2024

## Title

| | |
|---|---|
| **Title of Work:** | Kool Krafts Origami |

## Completion/Publication

| | |
|---|---|
| **Year of Completion:** | 2019 |
| **Date of 1st Publication:** | November 01, 2019 |
| **Nation of 1ˢᵗ Publication:** | United States |

## Author

| | |
|---|---|
| • **Author:** | Mislav Bognar |
| **Author Created:** | 2-D artwork |
| **Work made for hire:** | No |
| **Citizen of:** | Croatia |

## Copyright Claimant

| | |
|---|---|
| **Copyright Claimant:** | Twin Beauty LLC<br>5308 13th Avenue, #329, Brooklyn, NY, 11219, United States |
| **Transfer statement:** | By written agreement |

## Limitation of copyright claim

| | |
|---|---|
| **Material excluded from this claim:** | technical drawings |
| **New material included in claim:** | 2-D artwork |

## Certification

| | |
|---|---|
| **Name:** | Andrea T. Timpone |
| **Date:** | November 22, 2024 |

Page 1 of 2

**Correspondence:** Yes

# EXHIBIT D



Josh Wolf <joshwolfamz@gmail.com>
to me

Hi Nic,
Could you please call 347.355.9610

Mon, 23 Oct 2024, 20:10

Josh Wolf <joshwolfamz@gmail.com>
to me

Hello, have you seen the email I sent?

Tue, 29 Oct 2024, 17:17

[ Yes, I did. ]  [ Yes, I am working on it. ]  [ No, I have not. ]



(no subject)  External  Inbox ×

Summarise this email

Josh Wolf <joshwolfamz@gmail.com>
to me ▾

Thu, 21 Nov 2024, 06:18

What the heck do you want from me?
Could you please tell me?
I tried calling you but you didn't answer the phone, I gave you my phone number you didn't call me back.
What do you want me to do?

# EXHIBIT E



**Michael Steinmetz** <ms@gs2law.com>
to me

Wed, 9 Oct 2024, 19:09    ☆    ↩    ⋮

Interesting that you have not responded - those drawings were created for us in 2018-2019 and are informed that you tried to work with Mindaugas Cesnavicius AFTER the creation of our clients images, and that he never transferred any copyright to you in any event.

Your copyright appears to be fraudulently filed as well.

Our clients' images were hand drawn for him and do not copy yours. These are also traditional models that are around for decades.

This complaint needs to be withdrawn now or we will be forced to take legal action. We need to hear from you today as this is causing daily harm.

All rights are hereby expressly reserved.

Michael

From: Samuel Kadosh <skadosh@gullcoschwed.com>
Sent: Monday, January 5, 2026 4:09 PM
To: Jeffrey Ephraim Glatt <jglatt@mcgrailbensinger.com>; Michael Steinmetz <ms@gs2law.com>
Cc: Cynthia Botello <cbotello@mcgrailbensinger.com>
Subject: RE: Rodriguez/Twin Beauty - SETTLEMENT CONVERSATIONS

FOR SETTLEMENT PURPOSES ONLY

Ephraim,

Thanks for sending the materials. I compared Nir's book to my client's book, and they have similarities (as any origami book would), but are in no way identical. I am attaching a copy of my client's book for reference.

For example, the heart in Nir's book has 15 steps, whereas my client's book has 8. And the image of the origami heart is completely generic, as a basic google search demonstrates.

Similarly, the fox in Nir's book has 15 steps, whereas my client's book has 9; the swan in Nir's book has 16 steps, whereas the one in my client's book has 10. The same is true for the rest of the designs. And the final origami images are classic origami designs which are widely found on the internet.

Therefore, even if Nir had a valid contract with Mindaugas which granted him exclusive rights over all Mindaugas's work, (a claim we doubt, because otherwise, that contract would have been produced), we don't think that these images / instructions ae subject to copyright because they are not original works, and if they are subject to a copyright owned by Nir, such copyright has not been violated because, as the differences between the books demonstrate, my client did not copy Nir's book.

Setting aside the legal issues, settling for a large sum does not make business sense for my client. The Amazon listing has been inactive for two years, and there is no guarantee that even if it is relisted, that it will regain its popularity. My client is not willing to pay six figures just to have the possibility of rebuilding a once popular Amazon listing.

The bottom line is that my client would not be willing to settle for more than for a low 5-digit sum, as spending more than that is not legally or financially justified. Let me know if your client would like to continue discussions within these parameters.

**From:** Samuel Kadosh <skadosh@gulkoschwed.com>
**Sent:** Monday, January 19, 2026 4:40 PM
**To:** Jeffrey Ephraim Glatt <jglatt@mcgrailbensinger.com>; Michael Steinmetz <ms@gs2law.com>
**Cc:** Cynthia Botello <cbotello@mcgrailbensinger.com>
**Subject:** RE: Rodriguez/Twin Beauty - SETTLEMENT CONVERSATIONS

Settlement Discussions

Ephraim:

We are prepared to offer $10,000 for a full assignment of any rights, release and covenant not to sue.

Best,
•••

❙ **Caution: EXTERNAL EMAIL.**



AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Eastern District of New York

<table>
<tr><td>Nir Rodriguez</td><td>)</td></tr>
<tr><td></td><td>)</td></tr>
<tr><td></td><td>)</td></tr>
<tr><td></td><td>)</td></tr>
<tr><td><i>Plaintiff(s)</i></td><td>)</td></tr>
<tr><td>v.</td><td>)  Civil Action No.</td></tr>
<tr><td></td><td>)</td></tr>
<tr><td>Joshua Farkas</td><td>)</td></tr>
<tr><td></td><td>)</td></tr>
<tr><td></td><td>)</td></tr>
<tr><td></td><td>)</td></tr>
<tr><td><i>Defendant(s)</i></td><td>)</td></tr>
</table>

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Joshua Farkas
c/o Twin Beauty LLC d/b/a Kool Krafts LLC
5308 13th Avenue, Ste 329
Brooklyn, NY 11219

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

> Nir Rodriguez, Plaintiff pro se
> 2719 Hollywood Blvd
> Hollywood, FL 33020
> United States

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

BRENNA B. MAHONEY
*CLERK OF COURT*

Date: _____        _____
                                          *Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

◻ I personally served the summons on the individual at *(place)* _____

_____ on *(date)* _____ ; or

◻ I left the summons at the individual's residence or usual place of abode with *(name)* _____

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

◻ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* _____

_____ on *(date)* _____ ; or

◻ I returned the summons unexecuted because _____ ; or

◻ Other *(specify):*



My fees are $ _____ for travel and $ _____ for services, for a total of $ _____0.00_____ .

I declare under penalty of perjury that this information is true.


Date: _____

_____
*Server's signature*

_____
*Printed name and title*


_____
*Server's address*

Additional information regarding attempted service, etc:

 ORIGINAL

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
### Eastern District of New York

| | |
|---|---|
| Nir Rodriguez <br><br> _____ <br> *Plaintiff(s)* <br> v. <br> Twin Beauty LLC d/b/a Kool Krafts LLC <br><br> _____ <br> *Defendant(s)* | ) ) ) ) ) ) ) ) ) ) ) )  Civil Action No. |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Twin Beauty LLC d/b/a Kool Krafts LLC
5308 13th Avenue, Ste 329
Brooklyn, NY 11219

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Nir Rodriguez, Plaintiff pro se
2719 Hollywood Blvd
Hollywood, FL 33020
United States

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

BRENNA B. MAHONEY
*CLERK OF COURT*

Date: _____          _____
                                        *Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

□ I personally served the summons on the individual at *(place)* _____

_____ on *(date)* _____ ; or

□ I left the summons at the individual's residence or usual place of abode with *(name)* _____

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

□ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* _____

_____ on *(date)* _____ ; or

□ I returned the summons unexecuted because _____ ; or

□ Other *(specify):*



My fees are $ _____ for travel and $ _____ for services, for a total of $ ___0.00___ .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc: