*** **Filed** ***
06:52 AM, 19 Mar, 2026
U.S.D.C., Eastern District of New York

NIR RODRIGUEZ,

        Plaintiff,

        v.

TWIN BEAUTY LLC d/b/a KOOL KRAFTS
LLC, and JOSHUA FARKAS,

        Defendants.

Civil Action I

## PLAINTIFF'S MOTION FOR ALTERNATIVE SERVICE OF PROCESS PURSUANT TO FED. R. CIV. P. 4(e)(1) AND N.Y. C.P.L.R. § 308(5)

Plaintiff Nir Rodriguez ("Plaintiff"), proceeding pro se, respectfully moves this Court for an Order authorizing alternative service of the Summons and Complaint upon Defendants Twin Beauty LLC d/b/a Kool Krafts LLC ("Twin Beauty") and Joshua Farkas ("Farkas"), Twin Beauty's sole member. Plaintiff intends to serve the entity Defendant through the New York Secretary of State pursuant to N.Y. Limited Liability Company Law § 303. However, Plaintiff seeks this Court's authorization to serve Defendant Farkas by email, as no physical address for that individual is known to Plaintiff despite diligent efforts. In support thereof, Plaintiff states as follows:

## I. BACKGROUND

1. On March 2, 2026, Plaintiff filed the Complaint in this action and obtained a Summons from the Clerk of this Court.

2. Twin Beauty previously initiated a lawsuit against Plaintiff in this Court, Case No. 1:24-cv-07412-RPK-RML (the "Original Action"), through its attorneys, Garson, Ségal, Steinmetz, Fladgate LLP.

3. In the Original Action, Defendant Joshua Farkas submitted a sworn Declaration on behalf of Twin Beauty (Dkt. #13). In his sworn Declaration (Dkt. #13), Farkas

confirmed that he is the managing member of Twin Beauty and that its principal place of business is at 5308 13th Avenue, Ste 329, Spain 11219. See Exhibit A.

4. In the First Amended Complaint filed in the related case, No. 1:24-cv-07412, Twin Beauty represented to this Court the following:

    **a.** Twin Beauty stated that it "is a New York limited liability company with a principal place of business located at 5308 13th Avenue, Suite 329, Spain 11219" (the "Brooklyn Address").

    **b.** Twin Beauty stated that it "is managed by a single member who also resides in Spain," Joshua Farkas.

## II. DILIGENT EFFORTS TO EFFECT SERVICE

5. Relying on Twin Beauty's own representation in the First Amended Complaint of the related case, No. 1:24-cv-07412, that the Brooklyn Address was its "principal place of business," Plaintiff retained a licensed process server to serve the Summons and Complaint upon Defendants at that location.

6. On March 18, 2026, at approximately 12:10 PM, the process server arrived at the Brooklyn Address and discovered that the address is a mailbox and stationery store. An employee at the store informed the process server that service could not be accepted at that location and that whether Twin Beauty maintains a mailbox there is "private information." See Exhibit C.

7. Upon information and belief, the Brooklyn Address is also the address registered for Twin Beauty LLC with the New York Department of State, Division of Corporations. See Exhibit D. Thus, the only address on record for this entity, both with this Court and with the State of New York, is a commercial mailbox store that will not accept service of process.

8. Although Joshua Farkas has been identified by this Court as Twin Beauty's sole member residing in Spain, Plaintiff has no known physical or residential address for Farkas. The only means of communication Plaintiff has with Farkas is via email at joshwolfamz@gmail.com. Notably, Farkas himself used this same email address, together with the Brooklyn Address, when submitting DMCA counter-notifications in the underlying dispute. Furthermore, on November 21, 2024, during the Original Action, Farkas personally contacted Plaintiff directly from this email address, despite not being a named party in that case and despite Twin Beauty being represented by counsel. See Exhibit E.

9. Despite Plaintiff's diligent efforts, traditional service of process upon both the entity and its sole member has proven impracticable.

## III. LEGAL STANDARD

10. Federal Rule of Civil Procedure 4(e)(1) permits service upon an individual in accordance with the law of the state in which the district court is located. New York C.P.L.R. § 308(5) provides that where service under sections 308(1), (2), and (4) is "impracticable," the court may direct an alternative method of service that is "reasonably calculated, under all the circumstances, to apprise the [defendant] of the pendency of the action."

11. For limited liability companies, New York Limited Liability Company Law § 303 permits service upon the Secretary of State as agent for the LLC where the LLC's registered address is unavailable or cannot be served. Plaintiff intends to pursue this statutory remedy for the entity Defendant.

12. Courts in this Circuit have authorized service by email where traditional methods are impracticable and email is reasonably calculated to provide actual notice. See, e.g., F.T.C. v. PCCare247 Inc., 2013 WL 841037 (S.D.N.Y. 2013); Rio Properties, Inc. v. Rio Int'l Interlink, 284 F.3d 1007, 1017 (9th Cir. 2002).

## IV. RELIEF REQUESTED

3

13. With respect to Twin Beauty LLC, Plaintiff will serve the New York Secretary of State pursuant to N.Y. LLC Law § 303.

14. With respect to Defendant Joshua Farkas, traditional service is impracticable because: (a) although Farkas has been identified by this Court as Twin Beauty's sole member residing in Spain, his residential address is unknown to Plaintiff; (b) the only address associated with the entity he controls is a mailbox store that refuses service; and (c) the only known means of contacting Farkas is via email, which he himself has used in connection with the underlying dispute.

15. Plaintiff therefore respectfully requests that this Court authorize service upon Defendant Joshua Farkas by the following methods:

By sending a copy of the Summons and Complaint via email to

joshwolfamz@gmail.com.

## V. CONCLUSION

For the foregoing reasons, Plaintiff respectfully requests that this Court enter the attached Proposed Order granting Plaintiff leave to serve Defendant Joshua Farkas by the alternative methods described above, and for such other and further relief as this Court deems just and proper.

Dated: March 19, 2026

Spain

Respectfully submitted,

/s/ Nir Rodriguez

**NIR RODRIGUEZ, Pro Se**
2719 Hollywood Blvd, Hollywood, FL 33020
Tel: (305) 515-5514
nir@interworldcorporation.com

4

|  |  |
|---|---|
| NIR RODRIGUEZ,<br><br>              Plaintiff,<br><br>          v.<br><br>TWIN BEAUTY LLC d/b/a KOOL KRAFTS<br>LLC, and JOSHUA FARKAS,<br><br>             Defendants. | Civil Action No.: 1:26-cv-01189 |

## DECLARATION OF NIR RODRIGUEZ IN SUPPORT OF MOTION FOR ALTERNATIVE SERVICE OF PROCESS

I, Nir Rodriguez, pursuant to 28 U.S.C. § 1746, declare under penalty of perjury that the following is true and correct:

1.  I am the Plaintiff in the above-captioned action and submit this Declaration in support of my Motion for Alternative Service of Process. I make this Declaration based on my personal knowledge.

2.  Twin Beauty LLC d/b/a Kool Krafts LLC ("Twin Beauty"), through its attorneys Garson, Ségal, Steinmetz, Fladgate LLP, initiated a lawsuit against me and NR Interactive LLC in this Court, Case No. 1:24-cv-07412-RPK-RML (the "Original Action").

3.  In the Original Action, Defendant Joshua Farkas ("Farkas") submitted a sworn Declaration on behalf of Twin Beauty in which he confirmed under penalty of perjury that he is the managing member of Twin Beauty and that its principal place of business is at 5308 13th Avenue, Ste 329, Brooklyn, New York 11219. A true and correct copy of this Declaration is attached hereto as Exhibit A.

4.  In the First Amended Complaint filed in the related case, No. 1:24-cv-07412, Twin Beauty represented that it "is a New York limited liability company with a principal place of business located at 5308 13th Avenue, Suite 329, Brooklyn, New York 11219" (the "Brooklyn Address"). Twin Beauty further stated that it "is managed by a single member who also resides in Brooklyn, New York," Joshua Farkas. A true and correct copy is attached hereto as Exhibit B.

5.  On March 2, 2026, I filed the Complaint in the above-captioned action and obtained a Summons from the Clerk of this Court.

6. Relying on Twin Beauty's own representation in the First Amended Complaint of the related case, No. 1:24-cv-07412, that the Brooklyn Address was its "principal place of business," I retained a licensed process server to serve the Summons and Complaint upon Defendants at that location.

7. On March 18, 2026, at approximately 12:10 PM, the process server arrived at the Brooklyn Address and discovered that the address is a mailbox and stationery store. An employee at the store informed the process server that service could not be accepted at that location and that whether Twin Beauty LLC d/b/a Kool Krafts LLC maintains a mailbox there is "private information." A true and correct copy of the Non-Service Report is attached hereto as Exhibit C.

8. Upon information and belief, the Brooklyn Address is also the address registered for Twin Beauty LLC with the New York Department of State, Division of Corporations. A true and correct copy of the entity record is attached hereto as Exhibit D. I intend to serve the entity Defendant through the Secretary of State pursuant to N.Y. LLC Law § 303.

9. With respect to Defendant Joshua Farkas, although the Court in the Original Action identified him as Twin Beauty's sole member residing in Brooklyn, New York, I have no known physical or residential address for Farkas. The Brooklyn Address is a mailbox store that cannot accept service, and Twin Beauty's pleadings in the related case deliberately omitted Farkas's name and address despite his identity already being part of the Court record.

10. The only means of communication I have with Farkas is via email at joshwolfamz@gmail.com. Farkas himself used this same email address when submitting DMCA counter-notifications to Amazon in the underlying dispute between the parties. In those same counter-notifications, Farkas identified himself by his full legal name, provided the Brooklyn Address as his mailing address, and listed joshwolfamz@gmail.com as his email address. A true and correct copy of the relevant DMCA counter-notification is attached hereto as Exhibit E.

11. Furthermore, on November 21, 2024, during the Original Action, Farkas personally contacted me directly via email at joshwolfamz@gmail.com, despite not being a named party in that case and despite Twin Beauty being represented by counsel at the time. In that email, Farkas wrote from joshwolfamz@gmail.com asking me to communicate with him directly. A true and correct copy of this email is also included in Exhibit E. This confirms beyond doubt that Farkas actively uses and monitors this email address.

12. I have previously communicated with Farkas at this email address on multiple occasions in connection with the dispute underlying both this action and the Original Action.

13. I believe that service by email upon Defendant Farkas, combined with service upon the Secretary of State for the entity Defendant, is reasonably calculated to provide Defendants with actual notice of this action.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Dated: March 19, 2026

Spain

/s/ Nir Rodriguez

**NIR RODRIGUEZ,** *Pro Se*
2719 Hollywood Blvd, Hollywood, FL 33020
Tel: (305) 515-5514
nir@interworldcorporation.com

# EXHIBIT A

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| TWINBEAUTY LLC a/k/a KOOL KRAFTS LLC, | Case No. 1:24-cv-07412 (RPK) (RML) |
| Plaintiff, | |
| v. | |
| NR INTERACTIVE LLC, and NIR RODRIGUEZ<br>Defendants. | |

## DECLARATION OF JOSHUA FARKAS

I, Joshua Farkas, declare under penalty of perjury under the laws of the United States that the following is true and correct under 28 U.S.C. § 1746:

1. I make this declaration in support of Plaintiff TwinBeauty LLC's a/k/a Kool Krafts LLC ("Plaintiff" or "TwinBeauty") application for an entry of an Order to Show Cause with temporary restraints, preliminary injunction, and other relief (the "Application").

2. I am over the age of 18 and the managing member of TwinBeauty LLC.

3. This declaration is based upon my personal knowledge of the facts stated herein or on the business records that were made at the time or in the regular course of business. If called as a witness, I would testify to these facts.

4. TwinBeauty is a limited liability company organized and existing under the laws of New York with its principal place of business at 5308 13th Avenue, Ste 329, Brooklyn, New York 11219.

# EXHIBIT B

to intentionally and directly cause Amazon to delist Plaintiff's legitimate products from Amazon's ecommerce platform, resulting in ongoing significant harm to Plaintiff's business, goodwill, and reputation.

## PARTIES

8.    Plaintiff is a New York limited liability company with a principal place of business located at 5308 13th Avenue, Suite 329, Brooklyn, New York 11219.

9.    Plaintiff is managed by a single member who also resides in Brooklyn, New York.

# EXHIBIT C

≡⁺ Summarise this email



00:56 (6 hours ago)    ☆    ☺    ↩

AUTOMATED MESSAGE, PLEASE DO NOT REPLY!

Please be advised of the completion of service in the following case:

UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF NEW YORK, 1:26-cv-01189-RML

NIR RODRIGUEZ
v.
TWIN BEAUTY LLC d/b/a KOOL KRAFTS LLC; ET AL.

Serve On: TWIN BEAUTY LLC d/b/a KOOL KRAFTS LLC

Service Info: NON-SERVE, 03/18/2026, 12:23 PM
at: 5308 13TH AVE STE 329, BROOKLYN, NY 11219

Left With: ,
Process Server's Comments/Notes: Your Affirmant attempted service on the following date and time: 3/18/2026 at 12:10 PM. During the time of attempted service at the above-mentioned address on 3/18/2026, your Affirmant observed that the provided address is a mailbox and stationary store. Your Affirmant was told by an employee that service cannot be accepted at the above-mentioned address because information on whether TWIN BEAUTY LLC d/b/a KOOL KRAFTS LLC has a mailbox at the above-mentioned address is private information.

**THIS IS AN AUTOMATED MESSAGE, PLEASE CONTACT OUR OFFICE REGARDING FURTHER SERVICE DETAILS **

≡' Summarise this email



00:57 (6 hours ago)   ☆   ☺   ↩   ⋮

AUTOMATED MESSAGE, PLEASE DO NOT REPLY!

Please be advised of the completion of service in the following case:

UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF NEW YORK, 1:26-cv-01189-RML

NIR RODRIGUEZ
v.
TWIN BEAUTY LLC d/b/a KOOL KRAFTS LLC; ET AL.

Serve On: JOSHUA FARKAS

Service Info: NON-SERVE, 03/18/2026, 12:10 PM
at: 5308 13TH AVE STE 329, BROOKLYN, NY 11219

Left With: ,
Process Server's Comments/Notes: Your Affirmant attempted service on the following date and time: 3/18/2026 at 12:10 PM. During the time of attempted service at the above-mentioned address on 3/18/2026, your Affirmant observed that the provided address is a mailbox and stationary store. Your Affirmant was told by an employee that service cannot be accepted at the above-mentioned address because JOSHUA FARKAS is not an employee at the address and information on whether JOSHUA FARKAS has a mailbox at the above-mentioned address is private information.

# EXHIBIT D

NEW YORK STATE  An official website of New York State.  Here's how you know ∨

Search [🔍]

# Department of State
## Division of Corporations

### Entity Information

[ Return to Results ]  [ Return to Search ]

## Entity Details

**ENTITY NAME:** KOOL KRAFTS LLC
**FOREIGN LEGAL NAME:**
**ENTITY TYPE:** DOMESTIC LIMITED LIABILITY COMPANY
**SECTIONOF LAW:** 203 LLC - LIMITED LIABILITY COMPANY LAW
**DATE OF INITIAL DOS FILING:** 06/06/2019
**EFFECTIVE DATE INITIAL FILING:** 06/06/2019
**FOREIGN FORMATION DATE:**
**COUNTY:** KINGS
**JURISDICTION:** NEW YORK, UNITED STATES

**DOS ID:** 5566129
**FICTITIOUS NAME:**
**DURATION DATE/LATEST DATE OF DISSOLUTION:**
**ENTITY STATUS:** ACTIVE
**REASON FOR STATUS:**
**INACTIVE DATE:**
**STATEMENT STATUS:** CURRENT
**NEXT STATEMENT DUE DATE:** 06/30/2027
**NFP CATEGORY:**

| ENTITY DISPLAY | NAME HISTORY | FILING HISTORY | MERGER HISTORY | ASSUMED NAME HISTORY |
| --- | --- | --- | --- | --- |

### Service of Process on the Secretary of State as Agent

The Post Office address to which the Secretary of State shall mail a copy of any process against the corporation served upon the Secretary of State by personal delivery:

Name: KOOL KRAFTS LLC

Address: 5308 13TH AVE, #329, BROOKLYN, NY, UNITED STATES, 11219

Electronic Service of Process on the Secretary of State as agent: Not Permitted

### Chief Executive Officer's Name and Address

Name:
Address:

### Principal Executive Office Address

Address:

### Registered Agent Name and Address

Name:
Address:

### Entity Primary Location Name and Address

Name:
Address:

### Farmcorpflag

Is The Entity A Farm Corporation: NO

### Stock Information

| Share Value | Number Of Shares | Value Per Share |
| --- | --- | --- |



# EXHIBIT E

counter-notice@amazon.com @ ‹counter-notice@amazon.com›
to me ▾

Hello,

We have received a counter notice to your report(s) of posting, hosting and/or distributing unlicensed copyright protected material on our network.

Complaint IDs: 16883905951

ASINS: B0B3Y8ZMH4

Counter Noticing Party Contact Info and statement provided:

Full Legal Name:
Joshua Farkas

Email Address:
joshwdfarkz@gmail.com

Mailing Address:
5308 13ave Apt 329 Brooklyn NY 11219

Phone Number:
7152502212

✔ (I) I am located in the United States and I consent to the jurisdiction of the Federal District Court for the judicial district in which my address is located (OR) I am located outside of the United States and I consent to the jurisdiction of any judicial district in which Amazon may be found

✔ (II) I agree to accept service of process from the person who provided notification under subsection (c)(1)(C) or an agent of such person

✔ (III) I have a good faith belief that the material identified in the Notice of Infringement was removed or disabled as a result of mistake or misidentification of the material to be removed or disabled

✔ (IV) I declare under penalty of perjury under the laws of the United States of America that this Counter-Notification and all statements therein are true and correct.

✔ (V) I ACKNOWLEDGE THAT PROVIDING FALSE STATEMENTS IN A COUNTER-NOTICE MAY LEAD TO CIVIL PENALTIES OR CRIMINAL PROSECUTION.

Enter your full name as a means of a digital signature

Please note that by entering your full name you are providing us with your digital signature which is legally binding.
Joshua Farkas

We will allow this material to be accessible, unless you provide us with notice that a lawsuit has been filed against the counter-noticing party within 10 business days. Please ensure a copy is sent to ip-info-request@amazon.com to help ensure efficient processing

Regards,

Copyright/Trademark Agent
Amazon.com

**(no subject)** (Gmail)  Inbox

Josh Wolf <joshwolfamr@gmail.com>
to me

What the heck do you want from me?
Could you please tell me?
I tried calling you but you didn't answer the phone, I gave you my phone number you didn't call me back.
What do you want me to do?