| | |
|---|---|
| NIR RODRIGUEZ,<br><br>           Plaintiff,<br><br>     v.<br><br>TWIN BEAUTY LLC d/b/a KOOL KRAFTS LLC, and JOSHUA FARKAS,<br><br>           Defendants. | Civil Action No.: 1:26-cv-01189 |

## [PROPOSED] ORDER GRANTING PLAINTIFF'S
## MOTION FOR ALTERNATIVE SERVICE OF PROCESS

Upon consideration of Plaintiff's Motion for Alternative Service of Process, the

Declaration of Nir Rodriguez, and the exhibits attached thereto, and good cause having been

shown, it is hereby:

ORDERED that Plaintiff shall effect service upon Defendant Twin Beauty LLC d/b/a

Kool Krafts LLC by the following methods:

Serving the New York Secretary of State as agent for Twin Beauty LLC

pursuant to N.Y. Limited Liability Company Law § 303.

It is further ORDERED that Plaintiff shall effect service upon Defendant Joshua

Farkas by the following methods:

Sending a copy of the Summons and Complaint via email to

joshwolfamz@gmail.com.

It is further ORDERED that service shall be deemed complete ten (10) days after

compliance with the foregoing; and it is further

ORDERED that Defendants shall have twenty-one (21) days from the date service is

deemed complete to respond to the Complaint.

SO ORDERED.

Dated: Brooklyn, New York

_____, 2026

_____
**HON. ROBERT M. LEVY**
United States Magistrate Judge