*** Filed ***
06:28 AM, 28 Mar, 2026
U.S.D.C., Eastern District of New York

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

|  |  |
|---|---|
| NIR RODRIGUEZ,<br><br>        Plaintiff,<br><br>    v.<br><br>TWIN BEAUTY LLC d/b/a KOOL KRAFTS<br>LLC, and JOSHUA FARKAS,<br><br>        Defendants. | Civil Action No.: 1:26-cv-01189 |

**NOTICE OF FILING OF AFFIDAVIT OF SERVICE UPON**
**DEFENDANT TWIN BEAUTY LLC d/b/a KOOL KRAFTS LLC**
**VIA THE NEW YORK SECRETARY OF STATE**

Plaintiff Nir Rodriguez, proceeding *pro se*, respectfully submits the attached Affidavit of Service in connection with service of process upon Defendant Twin Beauty LLC d/b/a Kool Krafts LLC.

On March 23, 2026, service of the Summons in a Civil Action, Complaint, Civil Cover Sheet, and Supporting Exhibits was effected upon Defendant Twin Beauty LLC d/b/a Kool Krafts LLC through the New York Secretary of State, pursuant to N.Y. Limited Liability Company Law § 303. Service was accepted by Consuela Aguilera, a person authorized by the New York Secretary of State to accept service of process, at 99 Washington Avenue, 6th Floor, Albany, New York 12231, together with the statutory fee of $40.00.

The formal Affidavit of Service, sworn under penalty of perjury by Stef Marie of Reliant Court Services, Inc., and notarized on March 24, 2026, by David Post, Notary Public, State of New York (Commission No. 01P06427868, qualified in Albany County, commission expires 01/03/2030), is attached hereto as Exhibit A.

As reflected in the records of the New York Department of State, Division of Corporations, the Post Office address on file for service of process on the Secretary of State as agent for Kool Krafts LLC s/h/a Twin Beauty LLC d/b/a Kool Krafts LLC is 5308 13th Ave,

#329, Brooklyn, NY 11219. Pursuant to N.Y. Limited Liability Company Law § 303, the Secretary of State shall mail a copy of the process to the limited liability company at said Post Office address by personal delivery.

Plaintiff respectfully requests that the Court deem service upon Defendant Twin Beauty LLC d/b/a Kool Krafts LLC complete as of March 23, 2026, the date the Summons, Complaint, and related papers were served upon the Secretary of State.

Dated: March 28, 2026

Spain

Respectfully submitted,

/s/ Nir Rodriguez

_____

NIR RODRIGUEZ, Pro Se
2719 Hollywood Blvd, Hollywood, FL 33020
Tel: (305) 515-5514
nir@interworldcorporation.com

# EXHIBIT A

## AFFIDAVIT OF SERVICE

INDEX #:  1:26-CV-01189-RML

JOB #:  223797

UNITED STATES DISTRICT COURT FOR THE
   EASTERN DISTRICT OF NEW YORK

NIR RODRIGUEZ
Plaintiff(s)
- against -

TWIN BEAUTY LLC D/B/A KOOL KRAFTS LLC, ET AL
Defendant(s)

STATE OF NEW YORK:
COUNTY OF ALBANY:      ss:

STEF MARIE, BEING DULY SWORN DEPOSES AND SAYS DEPONENT IS NOT A PARTY TO THIS ACTION AND IS OVER THE AGE OF EIGHTEEN YEARS AND RESIDES IN THE STATE OF NEW YORK.

That on 03/23/2026, 03:45PM at 99 WASHINGTON AVENUE, 6TH FLOOR, ALBANY, NEW YORK 12231, deponent served a SUMMONS IN A CIVIL ACTION; COMPLAINT; CIVIL COVER SHEET; SUPPORTING EXHIBITS upon KOOL KRAFTS LLC S/H/A TWIN BEAUTY LLC D/B/A KOOL KRAFTS LLC, a defendant in the above captioned matter. As of the date of this service, 03/23/2026, the records of the NEW YORK Secretary of State reflect that the Post Office address on file for KOOL KRAFTS LLC S/H/A TWIN BEAUTY LLC D/B/A KOOL KRAFTS LLC is:

5308 13TH AVE, #329, BROOKLYN, NY 11219

Deponent served CONSUELA AGUILERA, a person authorized by the NEW YORK Secretary of State to accept service of process, with 2 copies of the above described papers and the statutory fee of $40.00 pursuant to section 303 of the NY LIMITED LIABILITY COMPANY LAW.

DEPONENT DESCRIBES THE INDIVIDUAL SERVED AS FOLLOWS:
Perceived Gender F   Approximate age 48   Approximate height 5'06"   Approximate weight 140   Perceived Race WHITE
Color of hair BROWN

Sworn to before me on 03/24/2026
DAVID POST NO. 01P06427868
NOTARY PUBLIC, STATE OF NEW YORK
QUALIFIED IN ALBANY COUNTY
COMMISSION EXPIRES ON 01/03/2030

X  S. Marie
STEF MARIE

RELIANT COURT SERVICES, INC.
1 COMAC LOOP SUITE # 1A1 RONKONKOMA, NY 11779 (631)567-3120